## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

J-SQUARED MEDIA, INC.,              : Civil Action No.: 2:12-cv-06379 (LDD)

                      :

             Plaintiff,          :

     v.                     :

                      :

STORM8, INC. and TEAMLAVA, LLC,   :

                      :

           Defendants.      :

_____:

### STIPULATION OF ALL PARTIES RE DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE, AS TO ALL PARTIES PURSUANT TO FED. R. CIV. P. 41(a)(2)

Pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby stipulated by and between undersigned counsel for plaintiff/counterclaim defendant J-Squared Media, Inc. and defendants/counterclaim plaintiffs Storm8, Inc. and TeamLava, Inc. that this entire action shall be dismissed with prejudice and without assessment of costs.

Respectfully submitted,


/s/ Joseph Wolfson
Joseph Wolfson
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (610) 205-6019
Facsimile: (610) 988-0808
*jwo@stevenslee.com*

*Attorneys for Plaintiff/Counterclaim Defendant*
*J-Squared Media, Inc*

/s/ Gerald E. Arth
Gerald E. Arth
Gary A. Hecht
Seth A. Kramer
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
*garth@foxrothschild.com*
*ghecht@foxrothschild.com*
*skramer@foxrothschild.com*

*Attorneys for Defendants/Counterclaim*
*Plaintiffs Storm8, Inc. and TeamLava, LLC*

**SO ORDERED,** this _____ day of _____, 2013.

BY THE COURT:

_____
The Honorable Legrome D. Davis